**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| PEDERO SANDERS,<br>*Plaintiff,* | § | CIVIL ACTION NO. 2:23-cv-07317 |
| | § | |
| v. | § | SECTION M (1) |
| | § | |
| WEEKS MARINE COMPANY, LLC,<br>*Defendant.* | § | **JURY TRIAL DEMANDED** |

**PLAINTIFF'S DESIGNATION OF EXPERT WITNESSES**

Plaintiff respectfully submits this Designation of Expert Witnesses, pursuant to the Court's Scheduling Order (Doc. 18).

**A. Retained Experts**

**1. Expert:** **Max Lummis, CPA, CVA, CFE**
**LCS Forensic Accounting & Advisory**
**550 Westcott St., Suite 450**
**Houston, Texas 77007**
**Phone:** **(713) 224-5914**

Subject matter on which expert will testify: Mr. Lummis is designated as an expert witness on the present value of Plaintiff's lost earnings – both past and future. Mr. Lummis is a CPA and forensic accountant.

General substance of the expert's mental impressions and opinions and basis of them: Mr. Lummis will opine that Plaintiff sustained lost earning capacity. The exact figures regarding same are disclosed in his report. Opposing counsel will have the opportunity to more fully explore Mr. Lummis' opinions in a deposition if they so choose.

Documents and other data provided: The documents that Mr. Lummis reviewed and relied upon have been produced to, or were produced by, opposing counsel. It is also anticipated that Mr. Lummis may review additional data and items that will be produced by or to Defendant through the discovery process.

Mr. Lummis' Curriculum Vitae and report are being produced in conjunction with this designation of expert witnesses.

**2. Expert:** **Bob Borison**
**Total Safety Services, Inc.**
**218 Magnolia Street**
**Long Beach, Mississippi, 39560**
**Phone:** **(504) 415-0945**

Subject matter on which expert will testify: Mr. Borison is a marine operations and safety expert who is expected to testify regarding Defendant's liability for the incident made the basis of this case under Plaintiff's claims for Jones Act negligence, general maritime negligence, and unseaworthiness.

General substance of the expert's mental impressions and opinions and basis of them: Mr. Borison is expected to opine that Defendant failed in several material respects to provide a reasonably safe workplace for Plaintiff, and failed to maintain the vessel in question in a seaworthy condition. Specifically, Mr. Borison is likely to testify that Defendant failed to follow safe work procedures. Additionally, Mr. Borison will testify that Defendant did not provide a safe means of ingress or egress when moving between the subject vessel and the supply shack. Mr. Borison is also expected to opine that Plaintiff was not responsible for the incident made the basis of this case. Mr. Borison's opinions and conclusions are disclosed in his report. Opposing counsel will have the opportunity to fully explore Mr. Borison's opinions in a deposition.

Documents and other data provided: The documents that Mr. Borison reviewed and replied upon in forming his mental impressions and opinions have been produced to, or were produced by, opposing counsel. It is also anticipated that Mr. Borison may review additional data and items that will be produced by or to Defendant through the discovery process.

Mr. Borison's Curriculum Vitae and report are being produced in conjunction with this designation of expert witnesses.

**B. Non-retained Experts**

The following are medical providers for Plaintiff Pedero Sanders. Each is expected to testify as to the care, treatment, diagnosis, and prognosis of Plaintiff. Each is expected to testify that Plaintiff sustained several injuries, that the injuries were a result of the incident made the basis of this lawsuit, that Plaintiff is expected to continue to suffer from pain, disability, and disfigurement from these injuries in the future, the medical care given to Plaintiff, and the costs for medical care to treat such injuries, both in the past and future. This designation includes records custodians for each of the named medical professionals and their facilities.

Scott Tucker, MD
Advanced Surgery Center Metairie
720 Veterans Memorial Boulevard
Metairie, Louisiana 70005
(504) 293-4955

Travis A. Phipps, MD
Ochsner Health Center
1201 South Clearview Parkway, Building B
New Orleans, Louisiana 70121
1 (866) 624-7637

Mohammad Naeem, MD
Plaquemines Medical Center

27136 Highway 23
Port Sulphur, Louisiana 70083
(504) 564-3344

Suneil Jolly, MD
Erik Davis, MD
Louisiana Pain Specialists
3439 Prytania Street, Suite 501
New Orleans, Louisiana 70115
(504) 276-7333

Scott Tucker, MD
Jefferson Orthopedic Clinic
920 Avenue B
Marrero, Louisiana 70072
(504) 349-6804

Travis A. Phipps, MD
Ochsner Therapy & Wellness – Driftwood
3700 Williams Boulevard
Kenner, Louisiana 70065
(504) 464-8173

Karim Meijer, MD
Ochsner Sports Performance Center
5800 Airline Drive
Metairie, Louisiana 70003
(504) 733-0255

Brittany Quirk, PT
Rehab Access Physical Therapy
1713 Stumpf Boulevard
Gretna, Louisiana 70056
(504) 365-1020

Brandt Zimmer, MD
Diagnostic Imaging Services
925 Avenue C
Marrero, Louisiana 70072
(504) 888-7921

Simon's Pharmacy
3303 North Main Street
Houston, Texas 77009
(713) 222-6650

Brittany Dale Reynolds, PT, DPT, Cert. DN
Fyzical Therapy & Balance Centers
714 Dublin Street
New Orleans, Louisiana 70118
(504) 861-4693

Rubin Bashir, MD
Texas Ortho Spine Center
12605 East Freeway, Suite 510
Houston, Texas 77015
(832) 862-7493

Richard Anguiano, MD
American Health Imaging of Jacinto City
10912 East Freeway
Houston, Texas 77029
(713) 451-2900

Basem Hamid, MD
Ultimate Pain Solutions, P.L.L.C.
9700 Richmond Avenue, Suite 120
Houston, Texas 77042
(713) 780-1133

Omkar Dave, MD
Anchor Bone & Joint
15015 Kirby Drive, Suite 200B
Houston, Texas 77047
(281) 724-8241

Chad Porter, MD
Memorial MRI & Diagnostic
1346 Campbell Road
Houston, Texas 77055
(713) 461-3399

Kar-Wei Leung, MD
Complete Pain Solution
1346 Campbell Road
Houston, Texas
(713) 461-3399

For each of these providers, medical records have been produced to opposing counsel, or have been obtained by opposing counsel through a records release authorization or will be produced or obtained as the case continues. The records fully set out the days and times of Plaintiff's visits, Plaintiff's complaints, the diagnosis of Plaintiff, in some cases, the medical providers' review of objective testing on Plaintiff, and the costs for services.

Plaintiff also reserves the right to call at trial any of the following experts:

1) Any expert which has been or will be named by any party in any answer to interrogatory, or designated by any other party;

2) Any expert whose name appears on any documents which have been or will be produced by any party in response to request for production;

3) Any expert whose name is reflected in any document which has been or will be obtained through the use of a medical authorization;

4) Any expert whose name is reflected in any document which has been or will be submitted to the Court by Affidavit;

5) Any expert whose name is reflected in any document which has been or will be subpoenaed by any party;

6) Any expert whose name appears in the transcript of any deposition taken in this matter;

7) Any expert who is deposed in this lawsuit;

8) Any expert whose name is reflected in any document which has been or will be attached to the transcript of any deposition; and

9) All other persons listed on answers to interrogatories filed by any party.

Respectfully submitted,

**THE BUZBEE LAW FIRM**

*/s/ Christopher J. Leavitt*
Christopher J. Leavitt
*Admitted Pro Hac Vice*
State Bar No. 24053318
Fed. ID No. 1045581
J.P. Morgan Chase Tower
600 Travis, Suite 7500
Houston, Texas 77002
Phone: (713) 223-5393
Facsimile: (713) 223-5909
Email: CLeavitt@txattorneys.com

**GARNER & MUNOZ**

*/s/ John G. Munoz*
Louisiana Bar No. 9830
935 Gravier Street, Suite 1140
New Orleans, Louisiana 70112-2411
Phone: 504-581-7070
Facsimile: 504-581-7083
Email: jgm@g-mlaw.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document will be served or has been served on all interested parties in accordance with the Federal Rules of Civil Procedure on the ***July 22, 2024***.

*/s/ Christopher J. Leavitt*
Christopher J. Leavitt