**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| PEDERO SANDERS,<br>*Plaintiff,* | §<br>§<br>§ | CIVIL ACTION NO. 2:23-cv-07317 |
| v. | §<br>§ | SECTION M (1) |
| WEEKS MARINE COMPANY, LLC,<br>*Defendant.* | §<br>§ | **JURY TRIAL DEMANDED** |

**PLAINTIFF'S PRELIMINARY WITNESS LIST**

Plaintiff, in accordance with the Court's current Scheduling Order (Doc.18), hereby submits that he may call the following witnesses at the trial of this matter:

1. Pedero Sanders, Plaintiff
May be contacted through undersigned counsel

2. Elissia Brown
P.O. Box 415
Houma, Louisiana 70361
(985) 791-3518

This individual is Mr. Sanders' fiancé. She may have knowledge of Mr. Sanders' treatment, injury, complaints of pain, and recovery. She may also have knowledge of Mr. Sanders' pain and suffering, mental anguish, enjoyment of life, and treatment.

3. Travis Hall
110 Commons Avenue
Englewood, Ohio 45323
(205) 764-4830

This individual is Mr. Sanders' friend. He may have knowledge of Mr. Sanders' treatment, injury, complaints of pain, and recovery. He may also have knowledge of Mr. Sanders' pain and suffering, mental anguish, enjoyment of life, and treatment.

4. Michelle Burrell
4777 Gisele Drive
Houma, Louisiana 70364
(985) 381-1613

This individual is Mr. Sanders' cousin. She may have knowledge of Mr. Sanders' treatment, injury, complaints of pain, and recovery. She may also have knowledge of Mr. Sanders' pain and suffering, mental anguish, enjoyment of life, and treatment.

5. Gail W. Brown
P.O. Box 415
Houma, Louisiana 70361
(985) 791-4947

This individual is Mr. Sanders' mother-in-law. She may have knowledge of Mr. Sanders' treatment, injury, complaints of pain, and recovery. She may also have knowledge of Mr. Sanders' pain and suffering, mental anguish, enjoyment of life, and treatment.

6. Alissia Smith
280 Bon Jovi Boulevard
Gray, Louisiana 70359
(985) 709-6037

This individual is Mr. Sanders' sister-in-law. She may have knowledge of Mr. Sanders' treatment, injury, complaints of pain, and recovery. She may also have knowledge of Mr. Sanders' pain and suffering, mental anguish, enjoyment of life, and treatment.

7. Lonzabell Sanders
3015 Mundy Road
Livingston, Alabama 35470
(205) 609-6055

This individual is Mr. Sanders' grandfather. He may have knowledge of Mr. Sanders' treatment, injury, complaints of pain, and recovery. He may also have knowledge of Mr. Sanders' pain and suffering, mental anguish, enjoyment of life, and treatment.

8. Deborah Smith
1012 Monticello Avenue
Jefferson, Louisiana 70121
(504) 473-3915

This individual is Mr. Sanders' friend. She may have knowledge of Mr. Sanders' treatment, injury, complaints of pain, and recovery. She may also have knowledge of Mr. Sanders' pain and suffering, mental anguish, enjoyment of life, and treatment.

9. Amber Campbell

6701 Phillips Mill Road
Douglasville, Georgia 30135
(404) 642-9021

This individual is Mr. Sanders' friend. She may have knowledge of Mr. Sanders' treatment, injury, complaints of pain, and recovery. She may also have knowledge of Mr. Sanders' pain and suffering, mental anguish, enjoyment of life, and treatment.

10. Bryan Williams
225 Crescent Road
Aliceville, Alabama 35442
(205) 399-3383

This individual is Mr. Sanders' friend. He may have knowledge of Mr. Sanders' treatment, injury, complaints of pain, and recovery. He may also have knowledge of Mr. Sanders' pain and suffering, mental anguish, enjoyment of life, and treatment.

11. Cashanna Sanders
3920 Club Drive, Apartment 108
Duluth, Georgia 30096
(770) 861-8470

This individual is Mr. Sanders' aunt. She may have knowledge of Mr. Sanders' treatment, injury, complaints of pain, and recovery. She may also have knowledge of Mr. Sanders' pain and suffering, mental anguish, enjoyment of life, and treatment.

12. Amber Hill
5804 Longview Lane
Trussville, Alabama 70360
(470) 528-9325

This individual is Mr. Sanders' friend. She may have knowledge of Mr. Sanders' treatment, injury, complaints of pain, and recovery. She may also have knowledge of Mr. Sanders' pain and suffering, mental anguish, enjoyment of life, and treatment.

13. Dekeysha Carter
453 Cougar Drive
Houma, Louisiana 70360
(225) 249-2494

This individual is Mr. Sanders' aunt. She may have knowledge of Mr. Sanders' treatment, injury, complaints of pain, and recovery. She may also

have knowledge of Mr. Sanders' pain and suffering, mental anguish, enjoyment of life, and treatment.

14. Michael Pickeral
1004 The Preserve Drive
Maidens, Virginia 23102

15. Dave Nelson
951 McLean Avenue, Apartment 3D
Yonkers, New York 10704
(908) 334-6113

16. Corey Thomas
53 July Lane
Georgetown, South Carolina 29440
(843) 546-0673

17. Employees, representatives, agents, and others affiliated with:
Weeks Marine, Inc.

18. Corporate Representative from Weeks Marine, Inc.

19. Other yet to be identified workers aboard the JS Chatry dredge on the day of the incident.

20. Medical Professionals working for ADVANCED SURGERY CENTER METAIRIE, including, but not limited to, SCOTT TUCKER, MD, and records custodians.

Scott Tucker, MD
Advanced Surgery Center Metairie
720 Veterans Memorial Boulevard
Metairie, Louisiana 70005
(504) 293-4955

The expert will testify on the following subject matter: The above health care provider is expected to testify as to the care, treatment, diagnosis and prognosis of Mr. Sanders. The above is expected to testify that Mr. Sanders sustained several injuries, that the injuries were a result of the incident made the basis of this lawsuit, that Mr. Sanders is expected to continue to suffer from pain, disability and disfigurement from these injuries in the future, the medical care given to Mr. Sanders, and the costs for medical care to treat such injuries, both in the past and future. Medical records for this provider have been produced to opposing counsel and fully set out the days and times of Mr. Sanders' visits, complaints, their diagnosis of Mr. Sanders, their review of objective testing on Mr. Sanders, and the costs for services.

21. Medical Professionals working for OCHSNER HEALTH CENTER, including, but not limited to, TRAVIS A. PHIPPS, MD, and records custodians.

Travis A. Phipps, MD
Ochsner Health Center
1201 South Clearview Parkway, Building B
New Orleans, Louisiana 70121
1 (866) 624-763

The expert will testify on the following subject matter: The above health care provider is expected to testify as to the care, treatment, diagnosis and prognosis of Mr. Sanders. The above is expected to testify that Mr. Sanders sustained several injuries, that the injuries were a result of the incident made the basis of this lawsuit, that Mr. Sanders is expected to continue to suffer from pain, disability and disfigurement from these injuries in the future, the medical care given to Mr. Sanders, and the costs for medical care to treat such injuries, both in the past and future. Medical records for this provider have been produced to opposing counsel and fully set out the days and times of Mr. Sanders' visits, complaints, their diagnosis of Mr. Sanders, their review of objective testing on Mr. Sanders, and the costs for services.

22. Medical Professionals working for PLAQUEMINES MEDICAL CENTER, including, but not limited to, MOHAMMAD NAEEM, MD, and records custodians.

Mohammad Naeem, MD
Plaquemines Medical Center
27136 Highway 23
Port Sulphur, Louisiana 70083
(504) 564-3344

The expert will testify on the following subject matter: The above health care provider is expected to testify as to the care, treatment, diagnosis and prognosis of Mr. Sanders. The above is expected to testify that Mr. Sanders sustained several injuries, that the injuries were a result of the incident made the basis of this lawsuit, that Mr. Sanders is expected to continue to suffer from pain, disability and disfigurement from these injuries in the future, the medical care given to Mr. Sanders, and the costs for medical care to treat such injuries, both in the past and future. Medical records for this provider have been produced to opposing counsel and fully set out the days and times of Mr. Sanders' visits, complaints, their diagnosis of Mr. Sanders, their review of objective testing on Mr. Sanders, and the costs for services.

23. Medical Professionals working for LOUISIANA PAIN SPECIALISTS, including, but not limited to, SUNEIL JOLLY, MD, ERIK DAVIS, MD, and records custodians.

Suneil Jolly, MD
Erik Davis, MD
Louisiana Pain Specialists
3439 Prytania Street, Suite 501
New Orleans, Louisiana 70115
(504) 276-7333

The expert will testify on the following subject matter: The above health care provider is expected to testify as to the care, treatment, diagnosis and prognosis of Mr. Sanders. The above is expected to testify that Mr. Sanders sustained several injuries, that the injuries were a result of the incident made the basis of this lawsuit, that Mr. Sanders is expected to continue to suffer from pain, disability and disfigurement from these injuries in the future, the medical care given to Mr. Sanders, and the costs for medical care to treat such injuries, both in the past and future. Medical records for this provider have been produced to opposing counsel and fully set out the days and times of Mr. Sanders' visits, complaints, their diagnosis of Mr. Sanders, their review of objective testing on Mr. Sanders, and the costs for services.

24. Medical Professionals working for JEFFERSON ORTHOPEDICS CLINIC, including, but not limited to, SCOTT TUCKER, MD, and records custodians.

Scott Tucker, MD
Jefferson Orthopedic Clinic
920 Avenue B
Marrero, Louisiana 70072
(504) 349-6804

The expert will testify on the following subject matter: The above health care provider is expected to testify as to the care, treatment, diagnosis and prognosis of Mr. Sanders. The above is expected to testify that Mr. Sanders sustained several injuries, that the injuries were a result of the incident made the basis of this lawsuit, that Mr. Sanders is expected to continue to suffer from pain, disability and disfigurement from these injuries in the future, the medical care given to Mr. Sanders, and the costs for medical care to treat such injuries, both in the past and future. Medical records for this provider have been produced to opposing counsel and fully set out the days and times of Mr. Sanders' visits, complaints, their diagnosis of Mr. Sanders, their review of objective testing on Mr. Sanders, and the costs for services.

25. Medical Professionals working for OCHSNER THERAPY & WELLNESS - DRIFTWOOD, including, but not limited to, TRAVIS A. PHIPPS, MD, and records custodians.

Travis A. Phipps, MD
Ochsner Therapy & Wellness – Driftwood

3700 Williams Boulevard
Kenner, Louisiana 70065
(504) 464-8173

The expert will testify on the following subject matter: The above health care provider is expected to testify as to the care, treatment, diagnosis and prognosis of Mr. Sanders. The above is expected to testify that Mr. Sanders sustained several injuries, that the injuries were a result of the incident made the basis of this lawsuit, that Mr. Sanders is expected to continue to suffer from pain, disability and disfigurement from these injuries in the future, the medical care given to Mr. Sanders, and the costs for medical care to treat such injuries, both in the past and future. Medical records for this provider have been produced to opposing counsel and fully set out the days and times of Mr. Sanders' visits, complaints, their diagnosis of Mr. Sanders, their review of objective testing on Mr. Sanders, and the costs for services.

26. Medical Professionals working for OCHSNER SPORTS PERFORMANCE CENTER, including, but not limited to, KARIM MEIJER, MD, and records custodians.

Karim Meijer, MD
Ochsner Sports Performance Center
5800 Airline Drive
Metairie, Louisiana 70003
(504) 733-0255

The expert will testify on the following subject matter: The above health care provider is expected to testify as to the care, treatment, diagnosis and prognosis of Mr. Sanders. The above is expected to testify that Mr. Sanders sustained several injuries, that the injuries were a result of the incident made the basis of this lawsuit, that Mr. Sanders is expected to continue to suffer from pain, disability and disfigurement from these injuries in the future, the medical care given to Mr. Sanders, and the costs for medical care to treat such injuries, both in the past and future. Medical records for this provider have been produced to opposing counsel and fully set out the days and times of Mr. Sanders' visits, complaints, their diagnosis of Mr. Sanders, their review of objective testing on Mr. Sanders, and the costs for services.

27. Medical Professionals working for REHAB ACCESS PHYSICAL THERAPY, including, but not limited to, BRITTANY QUIRK, PT, and records custodians.
Brittany Quirk, PT
Rehab Access Physical Therapy
1713 Stumpf Boulevard
Gretna, Louisiana 70056
(504) 365-1020

The expert will testify on the following subject matter: The above health care provider is expected to testify as to the care, treatment, diagnosis and prognosis of Mr. Sanders. The above is expected to testify that Mr. Sanders sustained several injuries, that the injuries were a result of the incident made the basis of this lawsuit, that Mr. Sanders is expected to continue to suffer from pain, disability and disfigurement from these injuries in the future, the medical care given to Mr. Sanders, and the costs for medical care to treat such injuries, both in the past and future. Medical records for this provider have been produced to opposing counsel and fully set out the days and times of Mr. Sanders' visits, complaints, their diagnosis of Mr. Sanders, their review of objective testing on Mr. Sanders, and the costs for services.

28. Medical Professionals working for DIAGNOSTIC IMAGING SERVICES, including, but not limited to, BRANDT ZIMMER, MD, and records custodians.

Brandt Zimmer, MD
Diagnostic Imaging Services
925 Avenue C
Marrero, Louisiana 70072
(504) 888-7921

The expert will testify on the following subject matter: The above health care provider is expected to testify as to the care, treatment, diagnosis and prognosis of Mr. Sanders. The above is expected to testify that Mr. Sanders sustained several injuries, that the injuries were a result of the incident made the basis of this lawsuit, that Mr. Sanders is expected to continue to suffer from pain, disability and disfigurement from these injuries in the future, the medical care given to Mr. Sanders, and the costs for medical care to treat such injuries, both in the past and future. Medical records for this provider have been produced to opposing counsel and fully set out the days and times of Mr. Sanders' visits, complaints, their diagnosis of Mr. Sanders, their review of objective testing on Mr. Sanders, and the costs for services.

29. Medical Professionals working for SIMON'S PHARMACY, including, but not limited to, records custodians.

Simon's Pharmacy
3303 North Main Street
Houston, Texas 77009
(713) 222-6650

The expert will testify on the following subject matter: The above health care provider is expected to testify as to the care, treatment, diagnosis and prognosis of Mr. Sanders. The above is expected to testify that Mr. Sanders sustained several injuries, that the injuries were a result of the incident made the basis of this lawsuit, that Mr. Sanders is expected to continue to suffer from pain, disability

and disfigurement from these injuries in the future, the medical care given to Mr. Sanders, and the costs for medical care to treat such injuries, both in the past and future. Medical records for this provider have been produced to opposing counsel and fully set out the days and times of Mr. Sanders' visits, complaints, their diagnosis of Mr. Sanders, their review of objective testing on Mr. Sanders, and the costs for services.

30. Medical Professionals working for FYZICAL THERAPY & BALANCE CENTERS, including, but not limited to, BRITTANY D. REYNOLDS, PT, DPT, CERT. DN, and records custodians.

Brittany Dale Reynolds, PT, DPT, Cert. DN
Fyzical Therapy & Balance Centers
714 Dublin Street
New Orleans, Louisiana 70118
(504) 861-4693

The expert will testify on the following subject matter: The above health care provider is expected to testify as to the care, treatment, diagnosis and prognosis of Mr. Sanders. The above is expected to testify that Mr. Sanders sustained several injuries, that the injuries were a result of the incident made the basis of this lawsuit, that Mr. Sanders is expected to continue to suffer from pain, disability and disfigurement from these injuries in the future, the medical care given to Mr. Sanders, and the costs for medical care to treat such injuries, both in the past and future. Medical records for this provider have been produced to opposing counsel and fully set out the days and times of Mr. Sanders' visits, complaints, their diagnosis of Mr. Sanders, their review of objective testing on Mr. Sanders, and the costs for services.

31. Medical Professionals working for TEXAS ORTHO SPINE CENTER, including, but not limited to, RUBIN BASHIR, MD, and records custodians.

Rubin Bashir, MD
Texas Ortho Spine Center
12605 East Freeway, Suite 510
Houston, Texas 77015
(832) 862-7493

The expert will testify on the following subject matter: The above health care provider is expected to testify as to the care, treatment, diagnosis and prognosis of Mr. Sanders. The above is expected to testify that Mr. Sanders sustained several injuries, that the injuries were a result of the incident made the basis of this lawsuit, that Mr. Sanders is expected to continue to suffer from pain, disability and disfigurement from these injuries in the future, the medical care given to Mr. Sanders, and the costs for medical care to treat such injuries, both in the past and future. Medical records for this provider have been produced to opposing counsel

and fully set out the days and times of Mr. Sanders' visits, complaints, their diagnosis of Mr. Sanders, their review of objective testing on Mr. Sanders, and the costs for services.

32. Medical Professionals working for AMERICAN HEALTH IMAGING OF JACINTO CITY, including, but not limited to, RICHARD ANGUIANO, MD, and records custodians.

Richard Anguiano, MD
American Health Imaging of Jacinto City
10912 East Freeway
Houston, Texas 77029
(713) 451-2900

The expert will testify on the following subject matter: The above health care provider is expected to testify as to the care, treatment, diagnosis and prognosis of Mr. Sanders. The above is expected to testify that Mr. Sanders sustained several injuries, that the injuries were a result of the incident made the basis of this lawsuit, that Mr. Sanders is expected to continue to suffer from pain, disability and disfigurement from these injuries in the future, the medical care given to Mr. Sanders, and the costs for medical care to treat such injuries, both in the past and future. Medical records for this provider have been produced to opposing counsel and fully set out the days and times of Mr. Sanders' visits, complaints, their diagnosis of Mr. Sanders, their review of objective testing on Mr. Sanders, and the costs for services.

33. Medical Professionals working for ULTIMATE PAIN SOLUTIONS, PLLC, including, but not limited to, BASEM HAMID, MD, and records custodians.

Basem Hamid, MD
Ultimate Pain Solutions, P.L.L.C.
9700 Richmond Avenue, Suite 120
Houston, Texas 77042
(713) 780-1133

The expert will testify on the following subject matter: The above health care provider is expected to testify as to the care, treatment, diagnosis and prognosis of Mr. Sanders. The above is expected to testify that Mr. Sanders sustained several injuries, that the injuries were a result of the incident made the basis of this lawsuit, that Mr. Sanders is expected to continue to suffer from pain, disability and disfigurement from these injuries in the future, the medical care given to Mr. Sanders, and the costs for medical care to treat such injuries, both in the past and future. Medical records for this provider have been produced to opposing counsel and fully set out the days and times of Mr. Sanders' visits, complaints, their diagnosis of Mr. Sanders, their review of objective testing on Mr. Sanders, and the costs for services.

34. Medical Professionals working for ANCHOR BONE & JOINT, including, but not limited to, OMKAR DAVE, MD, and records custodians.

Omkar Dave, MD
Anchor Bone & Joint
15015 Kirby Drive, Suite 200B
Houston, Texas 77047
(281) 724-8241

The expert will testify on the following subject matter: The above health care provider is expected to testify as to the care, treatment, diagnosis and prognosis of Mr. Sanders. The above is expected to testify that Mr. Sanders sustained several injuries, that the injuries were a result of the incident made the basis of this lawsuit, that Mr. Sanders is expected to continue to suffer from pain, disability and disfigurement from these injuries in the future, the medical care given to Mr. Sanders, and the costs for medical care to treat such injuries, both in the past and future. Medical records for this provider have been produced to opposing counsel and fully set out the days and times of Mr. Sanders' visits, complaints, their diagnosis of Mr. Sanders, their review of objective testing on Mr. Sanders, and the costs for services.

35. Medical Professionals working for MEMORIAL MRI & DIAGNOSTIC, including, but not limited to, CHAD PORTER, MD, and records custodians.

Chad Porter, MD
Memorial MRI & Diagnostic
1346 Campbell Road
Houston, Texas 77055
(713) 461-3399

The expert will testify on the following subject matter: The above health care provider is expected to testify as to the care, treatment, diagnosis and prognosis of Mr. Sanders. The above is expected to testify that Mr. Sanders sustained several injuries, that the injuries were a result of the incident made the basis of this lawsuit, that Mr. Sanders is expected to continue to suffer from pain, disability and disfigurement from these injuries in the future, the medical care given to Mr. Sanders, and the costs for medical care to treat such injuries, both in the past and future. Medical records for this provider have been produced to opposing counsel and fully set out the days and times of Mr. Sanders' visits, complaints, their diagnosis of Mr. Sanders, their review of objective testing on Mr. Sanders, and the costs for services.

36. Medical Professionals working for COMPLETE PAIN SOLUTION, including, but not limited to, KAR-WEI LEUNG, MD, and records custodians.

Kar-Wei Leung, MD

Complete Pain Solution
1346 Campbell Road
Houston, Texas
(713) 461-3399

The expert will testify on the following subject matter: The above health care provider is expected to testify as to the care, treatment, diagnosis and prognosis of Mr. Sanders. The above is expected to testify that Mr. Sanders sustained several injuries, that the injuries were a result of the incident made the basis of this lawsuit, that Mr. Sanders is expected to continue to suffer from pain, disability and disfigurement from these injuries in the future, the medical care given to Mr. Sanders, and the costs for medical care to treat such injuries, both in the past and future. Medical records for this provider have been produced to opposing counsel and fully set out the days and times of Mr. Sanders' visits, complaints, their diagnosis of Mr. Sanders, their review of objective testing on Mr. Sanders, and the costs for services.

37. Max Lummis, CPA, CVA, CFE
LCS Forensic Accounting & Advisory
550 Westcott St., Suite 450
Houston, Texas 77007
Phone: (713) 224-5914

Mr. Lummis is an expert economist who is expected to testify to the extent of Plaintiff's economic losses, including past lost earnings, and present value of future lost earning capacity.

38. Bob Borison
Total Safety Services, Inc.
218 Magnolia Street
Long Beach, Mississippi 39560
(504) 415-0945

Mr. Borison is a marine operations and safety expert who is expected to testify regarding Defendant's liability for the incident made the basis of this case under Plaintiff's claims for Jones Act negligence, general maritime negligence, and unseaworthiness.

39. Any and all individuals who witnessed and/or who have knowledge of the facts and circumstances surrounding the incident at issue;

40. Any individuals identified through discovery in this matter with information relevant to this lawsuit

41. Any other witnesses deemed necessary through discovery, further review of the voluminous documents produced in this case, and/or as additional information becomes available.

42. Any witness listed by any other party.

Respectfully submitted,

**THE BUZBEE LAW FIRM**

*/s/ Christopher J. Leavitt*
Christopher J. Leavitt
*Admitted Pro Hac Vice*
State Bar No. 24053318
Fed. ID No. 1045581
Anthony G. Buzbee
State Bar No. 24001820
Fed. ID No. 22679
J.P. Morgan Chase Tower
600 Travis, Suite 7500
Houston, Texas 77002
Phone: (713) 223-5393
Facsimile: (713) 223-5909
Email: TBuzbee@txattorneys.com
Email: CLeavitt@txattorneys.com

**GARNER & MUNOZ**

*/s/ John G. Munoz*
Louisiana Bar No. 9830
935 Gravier Street, Suite 1140
New Orleans, Louisiana 70112-2411
Phone: 504-581-7070
Facsimile: 504-581-7083
Email: jgm@g-mlaw.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document will be served or has been served on all interested parties in accordance with the Federal Rules of Civil Procedure on the ***August 21, 2024***.

*/s/ Christopher J. Leavitt*
Christopher J. Leavitt