**From:** Kuebel, Sara
**To:** Ryan Kennedy; Tillery, Jeff; Weiland, Abigail
**Cc:** Cheryl Bayley; Christy Jamshedji; Jessica Salto; Chris Leavitt
**Subject:** RE: Pedero Sanders vs Weeks Marine, Inc.
**Date:** Monday, May 20, 2024 10:18:39 PM
**Attachments:** Read Civil Action No. 223-CV-007317; Pedero Sanders vs Weeks Marine Company LLC; United States District Court Eastern District of Louisiana..msg
Read Civil Action No. 223-CV-007317; Pedero Sanders vs Weeks Marine Company LLC; United States District Court Eastern District of Louisiana..msg
RE Civil Action No. 223-CV-007317; Pedero Sanders vs Weeks Marine Company LLC; United States District Court Eastern District of Louisiana..msg
RE Civil Action No. 223-CV-007317; Pedero Sanders vs Weeks Marine Company LLC; United States District Court Eastern District of Louisiana..msg
RE Civil Action No. 223-CV-007317; Pedero Sanders vs Weeks Marine Company LLC; United States District Court Eastern District of Louisiana..msg

---

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thanks.

With respect to your letter regarding outstanding discovery requests, I am attaching our multiple prior correspondence on this issue.

On February 2, 2024, we responded that your discovery requests propounded on January 25, 2024 were untimely under the Federal Rules of Civil Procedure. We also requested that your office narrow your discovery requests, as 87 requests for production of documents are overbroad and unduly burdensome, and we specifically encountered this issue in another case previously. Your office did not respond to this email.

On March 28, 2024, following the completion of the parties' Rule 26(f) conference, we again emailed your office asking for more narrow requests for production and noting we would seek court intervention, if necessary. Your office read this email (see attached read receipts), but did not respond.

On April 19, 2024, we again followed up on our request for your office to narrow your requests for production. Your office did not respond.

Again, we will provide your office with all necessary and relevant documents (and will begin doing so this week), but requesting Weeks Marine to respond to 87 RFPs is overly broad, unduly burdensome, and unnecessary in this Jones Act personal injury case. I am happy to discuss this further and am available for a phone call all day tomorrow and Wednesday, so we can reach a resolution. Please advise if you intend to compel Weeks Marine to respond to 87 RFPs, because, if so, we will seek a protective order.

Looking forward to hearing from your office. Thanks,

**Sara B. Kuebel** | Associate
Jones Walker LLP

D: 504.582.8483
SKuebel@joneswalker.com

---

**From:** Ryan Kennedy <Rkennedy@txattorneys.com>
**Sent:** Monday, May 20, 2024 9:50 PM
**To:** Tillery, Jeff <jtillery@joneswalker.com>; Kuebel, Sara <skuebel@joneswalker.com>; Weiland, Abigail <aweiland@joneswalker.com>
**Cc:** Cheryl Bayley <Cbayley@txattorneys.com>; Christy Jamshedji <CJamshedji@txattorneys.com>; Jessica Salto <Jsalto@txattorneys.com>; Chris Leavitt <Cleavitt@txattorneys.com>
**Subject:** [EXTERNAL] Pedero Sanders vs Weeks Marine, Inc.

Counsel,

See attached the following documents re the above referenced matter:

- Plaintiff's Answers to Defendant's First Set of Interrogatories.
- Plaintiff's Responses to Defendant's First Set of Requests for Production.
- Correspondence concerning Defendant's untimely discovery responses.

Sincerely,

Ryan Kennedy
Attorney
**The Buzbee Law Firm**
JPMorgan Chase Tower
600 Travis Street, Suite 7500
Houston, Texas 77002
Telephone: 713.223.5393
Facsimile: 713.223.5909
rkennedy@txattorneys.com
www.txattorneys.com

*****PLEASE NOTE – OUR SUITE NUMBER HAS CHANGED*****

CONFIDENTIALITY NOTICE: This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error, and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you received this e-mail in error, please immediately notify the Buzbee Law Firm by return e-mail to rkennedy@txattorneys.com and immediately delete.